MINFORD et al. v. MOORE & McCORMICK CO., Inc. (Circuit Court of Appeals, Second Circuit. May 21, 1923.) No. 280. Appeal from the District Court of the United States for the Southern District of New York. Libel in admiralty by Levis W. Minford and others, doing business under the partnership name of Minford, Leuder & Co., against the Moore & McCormick Company, Inc. Libel dismissed (285 Fed. 207), and libelants appeal. Affirmed. Burlingham, Veeder, Masten & Fearey, of New York City (Ray Rood Allen, of New York City, of counsel), for appellants. William Hayward, U. S. Atty., of New York City (Horace T. Atkins and Glen R. Snider, both of New York City, of counsel), for respondent. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

STATE OF MISSOURI ex rel., etc., et al. v. DESLOGE CONSOL. LEAD CO. (Circuit Court of Appeals, Eighth Circuit. December 6, 1922.) No. 5961. Appeal from the District Court of the United States for the Eastern District of Missouri. O. L. Munger, of Piedmont, Mo., Thomas Mathews, of Flat River, Mo., and P. H. Cullen, R. T. Finley, F. M. Curlee, and Charles M. Hay, all of St. Louis, Mo., for appellants. Edward A. Rozier, of Bonne Terre, Mo., and Robert A. Holland, Jr., of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee.

---

STATE OF MISSOURI ex rel., etc., et al. v. FEDERAL LEAD CO. (Circuit Court of Appeals, Eighth Circuit. December 6, 1922.) No. 5960. Appeal from the District Court of the United States for the Eastern District of Missouri. O. L. Munger, of Piedmont, Mo., Thomas Mathews, of Flat River, Mo., and P. H. Cullen, R. T. Finley, F. M. Curlee, and Charles M. Hay, all of St. Louis, Mo., for appellants. Robert A. Holland, Jr., of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee. See also (D. C.) 265 Fed. 305.

---

STATE OF MISSOURI ex rel., etc., et al. v. ST. JOSEPH LEAD CO. (Circuit Court of Appeals, Eighth Circuit. December 6, 1922.) No. 5959. Appeal from the District Court of the United States for the Eastern District of Missouri. O. L. Munger, of Piedmont, Mo., Thomas Mathews, of Flat River, Mo., and P. H. Cullen, R. T. Finley, F. M. Curlee and Charles M. Hay, all of St. Louis, Mo., for appellants. Edward A. Rozier, of Bonne Terre, Mo., and Robert A. Holland, Jr., of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee.

---

UNITED STATES v. KO SAI CHEUNG. (Circuit Court of Appeals, Eighth Circuit. December 11, 1922.) No. 5745. Appeal from the District Court of the United States for the Eastern District of Missouri. James E. Carroll, of St. Louis, Mo., U. S. Atty. Albert W. Johnson, of St. Louis, Mo., Benjamin L. White, of Kansas City, Mo., and Byron F. Babbitt, of St. Louis, Mo., for appellee.

PER CURIAM. Motion to set cause for reargument denied, and decree reversed, without costs to either party in this court, and cause remanded, etc., on motion of appellant. For former opinion, see 281 Fed. 988.

---

WINTER et al. v. MIDLAND NAT. BANK OF MINNEAPOLIS. (Circuit Court of Appeals, Eighth Circuit. December 4, 1922.) No. 6229. In Error to the District Court of the United States for the District of North Dakota.

Grimson & Snowfield and T. D. Pierce, all of Langdon, N. D., for plaintiffs in error. George Hoke, of Minneapolis, Minn., and C. J. Murphy, of Grand Forks, N. D., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, pursuant to rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of defendant in error. See, also, 289 Fed. 1023.

---

WINTER et al. v. MIDLAND NAT. BANK OF MINNEAPOLIS. (Circuit Court of Appeals, Eighth Circuit. December 4, 1922.) No. 6230. In Error to the District Court of the United States for the District of North Dakota. Grimson & Snowfield and T. D. Pierce, all of Langdon, N. D., for plaintiffs in error. George Hoke, of Minneapolis, Minn., and C. J. Murphy, of Grand Forks, N. D., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, pursuant to rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of defendant in error. See, also, 289 Fed. 1022.

END OF CASES IN VOL. 289

*